# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0704
Lower Tribunal No. 22-MM-020582

_____

WILLIAM GATES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Lee County.
Maria E. Gonzalez, Judge.

August 2, 2024

PER CURIAM.

Due to Appellant William Gates, Jr.'s apparent abuse of the legal process by his repetitive and frivolous pro se filings concerning his conviction in Lee County Court Case No. 22-MM-020582, this Court issued an order directing Appellant to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Appellant filed a response, which we have reviewed. Finding Appellant has failed to show cause why sanctions should not be

imposed, we conclude that Appellant is abusing the judicial process and should be barred from further pro se filings.

To conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Lee County Court Case No. 22-MM-020582. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar.

FUTURE PRO SE FILINGS PROHIBITED.

WOZNIAK, SMITH and MIZE, JJ., concur.


William Gates, Jr., Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED